UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

v.

COMFORTLAND II CORP., *a New York corporation doing business as Comfortland*, and 92 RIVINGTON LLC, *a Delaware limited liability company*,

Defendants.

26-CV-7540 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 4, 2026, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than November 2, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 26, 2026
New York, New York

Ronnie Abrams
United States District Judge